UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE HOFFMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>G&K SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 17-CV-04465-LHK<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Re: Dkt. No. 31 |

Having considered the parties Joint Motion for Preliminary Approval of the Class Action Settlement (the "Motion"), and the points and authorities and declaration submitted in support of the Motion, including the Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement" or "Settlement"), ECF No. 31, and **GOOD CAUSE** appearing, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, subject to the following findings and orders:

1. This Order incorporates by reference the definitions in the Settlement Agreement, and all terms defined therein shall have the same meaning as set forth in the Settlement Agreement.

2. The Settlement Class shall be conditionally certified for settlement purposes only and shall consist of any individual employed by G&K Services, Inc. as a Route Sales Driver, Route Sales Representative,

Assistant to Delivery or Route Sales Helper in the state of California at any time during the period from June 19, 2013 through the date of preliminary approval.

3. **The Court strikes from the Settlement Agreement the requirement that Class Members must file and serve their written objections.** ECF No. 31-1 ¶ 44(C). This is overly burdensome on Class Members, and this Court will not approve the Settlement Agreement with this overly burdensome requirement. The Court will entertain all objections that meet the following requirements: (a) the written objection contains the Class Member's name and address; (b) the written objection clearly identifies the case name and number (*Hoffman v. G&K Services, Inc.*, Case No. 5:17-cv-04465-LHK); and (c) the written objection is mailed to the Class Action Clerk, United States District Court for the Northern District of California, 280 South 1st Street, San Jose, CA 95113, postmarked on or before February 25, 2019. **The parties shall fill an amended Settlement Agreement consistent with this Order by Monday, December 17, 2018.**

4. The class action settlement set forth in the Settlement Agreement, entered into among the Parties and their counsel, is preliminarily approved as it appears to be proper, to fall within the range of reasonableness, to be the product of arm's-length and informed negotiations, to treat all Class Members fairly, and to be presumptively valid, subject only to any objections that may be raised at or before the final approval hearing. The Court further finds that Plaintiff's counsel conducted sufficient investigation and research, and that they were able to reasonably evaluate Plaintiff's position and the strengths and weaknesses of their claims and the ability to certify them. Plaintiff has provided the Court with enough information about the nature and magnitude of the claims being settled, as well as the impediments to recovery, to make an independent assessment of the reasonableness of the terms to which the parties have agreed.

5. The Court also finds that settlement now will avoid additional and potentially substantial litigation costs, as well as delay and risks if the Parties were to continue to litigate the Action.

6. The Court preliminarily approves the Settlement Agreement and the proposed Notice of Class Action Settlement as amended ("Amended Class Notice"), which is attached as a redlined version as Exhibit 1 to this Order and as a clean version incorporating all changes as Exhibit 2 to this Order.

7. The rights of any potential dissenters to the proposed Settlement are adequately protected in that they may exclude themselves from the Settlement and proceed with any alleged claims they may have against Defendant, or they may object to the Settlement and appear before this Court. If they wish to object, they must follow the procedures outlined in the Amended Class Notice.

8. The Court directs the mailing, by First-Class U.S. mail, of the Amended Class Notice to Class Members in accordance with the schedule set forth below and the other procedures described in the Settlement Agreement. The Court finds that the method selected for communicating the preliminary approval of the Settlement Agreement to Class Members— first-class U.S. mail—is the best notice practicable, constitutes due and sufficient notice to all persons entitled to notice, and thereby satisfies due process.

9. The named Plaintiffs, Jesse Hoffman and Philip Dolan, are suitable class representatives and are appointed Class Representatives for the Settlement Class conditionally certified by this Order.

10. The Court appoints The Bainer Law Firm as Class Counsel. The Court finds that Plaintiff's Counsel has demonstrable experience litigating, certifying, and settling class actions, and will serve as adequate counsel for the Class conditionally certified by this Order.

11. The Court further approves and appoints CPT Group as the Settlement Administrator.

12. The following dates shall govern for purposes of this Settlement:

  a. Within 15 days after the Court grants preliminary approval of the Settlement Agreement, Defendant shall provide the Class List to the Settlement Administrator.

  b. Within 30 days after the Court grants preliminary approval of the Settlement Agreement, the Settlement Administrator shall mail the Amended Class Notice to all identified Class Members via first-class U.S. mail.

  c. By January 25, 2019, Class Counsel shall file his Motion for Attorneys' Fees, Costs, and Class Representative Enhancement Payments.

  d. The last day for Class Members to submit Requests for Exclusion or objections to the Settlement and Motion for Attorneys' Fees, Costs, and Class Representative Enhancement Payments shall be February 25, 2019.

  e. Plaintiff shall file a Motion for Final Approval of Class Settlement by March 11, 2019.

13. A summary of the deadlines set by the Court is included in the chart below:

| Event | Date |
| --- | --- |
| Submission by Defendant of Class Member Information (Class List) to Settlement Administrator | 15 days after Preliminary Approval |
| Notice Mailed to Class Members | 30 days after Preliminary Approval |
| Class Counsel Motion for Attorneys' Fees and Costs | January 25, 2019 |
| Opt-Out Request and Objection Deadline | February 25, 2019 |
| Motion for Final Approval | March 11, 2019 |
| Reply in Support of Motion for Final Approval and Attorneys' Fees and Costs (and Response to Objections) | March 21, 2019 |
| Final Approval Hearing | March 28, 2019 at 1:30 p.m. |

14. The Court expressly reserves the right to continue or adjourn the final approval hearing from time to time without further notice to the Class Members.

**IT IS SO ORDERED.**

Dated: December 13, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge